## (May 14, 1984)

◼ The People of the State of New York ex rel. Laurence D. Jackson, Petitioner, v James Crowley, as Superintendent of Camp Monterey, Respondent. — Application, pursuant to CPLR 7002 (subd [b], par 2) for writ of habeas corpus denied (*People ex rel. Lane v Vincent,* 32 NY2d 940). Kane, J. P., Main, Casey, Levine and Harvey, JJ., concur.

◼ The People of the State of New York ex rel. Albert Emmens, Petitioner, v E. W. Jones, as Superintendent of Great Meadow Correctional Facility, Respondent. — Application, pursuant to CPLR 7002 (subd [b], par 2) for writ of habeas corpus denied (*People ex rel. Frazier v Coombe,* 87 AD2d 904). Mahoney, P. J., Mikoll, Yesawich, Jr., Levine and Harvey, JJ., concur.

◼ In the Matter of the Claim of Alice M. Ouwerkerk, Appellant. Lillian Roberts, as Commissioner of Labor, Respondent. — Motion to dismiss appeal as untimely taken, pursuant to section 624 of the Labor Law, denied, without costs (see *Matter of Gonzalez [Ross],* 47 NY2d 922; *Matter of Krasniqi [Simnica — Ross],* 87 AD2d 923). Mahoney, P. J., Weiss, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.